01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
07                           AT SEATTLE

08 UNITED STATES OF AMERICA,            )
                                        )   CASE NO. MJ24-574
09          Plaintiff,                  )
                                        )
10      v.                              )
                                        )   DETENTION ORDER
11 IVAN LOPEZ-RAMOS,                    )
                                        )
12          Defendant.                  )
   _____  )

13

14

   <u>Offense charged</u>:      Reentry of Removed Alien

15

   <u>Date of Detention Hearing</u>:    September 24, 2024.

16

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17

   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18

   that no condition or combination of conditions which defendant can meet will reasonably assure

19

   the appearance of defendant as required and the safety of other persons and the community.

20

        <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21

        1.      Defendant is a native and citizen of Mexico.   He has a mental health diagnosis

22

   DETENTION ORDER
   PAGE -1

01  of schizophrenia and bipolar disorder, but has been without his prescribed medication while in

02  custody.   On behalf of his client, defense counsel does not oppose entry of a Detention Order,

03  but wishes to reserve the right to ask for the order to be reviewed if defendant's mental health

04  status changes once his prescribed medication is reinstated.

05          2.      Defendant poses a risk of nonappearance based on foreign citizenship, a prior

06  removal to Mexico, criminal activity and other pending charges, a history of failing to appear

07  with resulting warrant activity, allegations regarding defendant's attempt to resist arrest or

08  apprehension, criminal activity and other noncompliance while under supervision, substance

09  use history, mental health concerns, and lack of employment. Defendant poses a risk of danger

10  based on criminal history, a pattern of violent criminal conduct including resisting law

11  enforcement, criminal activity and noncompliance while under supervision, substance use

12  history, and a history of possible gang association.

13          3.      There does not appear to be any condition or combination of conditions that will

14  reasonably assure the defendant's appearance at future Court hearings while addressing the

15  danger to other persons or the community.   However, defendant may request review of this

16  order if he can show that reinstatement of medication treatment results in a change of

17  circumstances.

18  It is therefore ORDERED:

19  1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney

20      General for confinement in a correction facility;

21  2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

22  3.  On order of the United States or on request of an attorney for the Government, the person

DETENTION ORDER
PAGE -2

01   in charge of the corrections facility in which defendant is confined shall deliver the

02   defendant to a United States Marshal for the purpose of an appearance in connection with a

03   court proceeding; and

04   4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

05   the defendant, to the United States Marshal, and to the United State Probation Services

06   Officer.

07   DATED this 24th day of September, 2024.

08

09   Mary Alice Theiler
     United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3