THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR24-173 RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO SEAL UNOPPOSED MOTION FOR COMPETENCY EVALUATION AND MEMORANDUM IN SUPPORT |
| IVAN LOPEZ-RAMOS, | ) | |
| Defendant. | ) | |

THE COURT has considered Ivan Lopez-Ramos's motion to seal his unopposed motion for a competency evaluation and the declaration of counsel in support. The Court has reviewed the records in this case and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Ivan Lopez-Ramos's motion is granted. The unopposed motion for a competency evaluation and the declaration of counsel in support shall be filed under seal.

DONE this 21st day of October, 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Ivan Ramos-Lopez

ORDER TO SEAL UNOPPOSED MOTION
FOR COMPETENCY EVALUATION
(*US v. Lopez-Ramos*, CR24-173-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100